McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case. No. CR-S-04-0318 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| CARLOS PLANCARTE ANDRADE, | ) | Date: May 24, 2005 |
| | ) | Time: 8:30 a.m. |
| Defendant. | ) | Hon. Morrison C. England, Jr. |
| | ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Carlos Plancarte Andrade, by and through his counsel, Ruben Munoz, Esq., that the appearance currently set for May 10, 2005, be vacated and reset for a contemplated change of plea on May 24, 2005, at 8:30 a.m.

The continuance is being requested because the parties need more time to investigate the facts of the case and seek resolution of the case.

1

Speedy trial time is to be excluded from the date of this order through the date of the hearing set for May 24, 2005 pursuant to 18 U.S.C. 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 9, 2005

/s/ Philip A. Ferrari for
RUBEN MUNOZ, ESQ.
Attorney for Defendant

DATED: May 9, 2005

McGREGOR W. SCOTT
United States Attorney

By: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: May 10, 2005.

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2