McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case. No. CR-S-04-0318 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS PLANCARTE ANDRADE, | ) | Date: June 14, 2005 |
| | ) | Time: 8:30 a.m. |
| Defendant. | ) | Hon. Morrison C. England, Jr. |
| | ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Carlos Plancarte Andrade, by and through his counsel, Ruben Munoz, Esq., that the appearance currently set for May 24, 2005, be vacated and reset for a contemplated change of plea on June 14, 2005, at 8:30 a.m.

The continuance is being requested because the parties need more time to investigate the facts of the case and seek resolution of the case.

1

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the hearing set for June 14, 2005 pursuant to 18
3  U.S.C. 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code
4  T4).

DATED: May 23, 2005                 /s/ Philip A. Ferrari for
                                    RUBEN MUNOZ, ESQ.
                                    Attorney for Defendant


DATED: May 23, 2005                 McGREGOR W. SCOTT
                                    United States Attorney

                               By:  /s/ Philip A. Ferrari
                                    PHILIP A. FERRARI
                                    Assistant U.S. Attorney



**IT IS SO ORDERED.**


DATED: May 25, 2005


                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE

2