|||
|---|---|
| 1 | RUBEN T. MUNOZ, SBN 195421 |
| 2 | 111 W. ST. JOHN ST. STE. 555 |
|   | SAN JOSE, CA 95113 |
| 3 | TEL: 408.971.8820 |
|   | FAX: 408.938.4182 |

ATTORNEY FOR
CARLOS P. ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-S-04-318 MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| CARLOS P. ANDRADE, | Date: July 26, 2005 |
| | Time: 8:30 a.m. |
| | Hon. Morrison C. England, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Carlos Plancarte Andrade, by and through his counsel, Ruben Munoz, Esq., that the trial date currently set for July 27, 2005, at 8:30 a.m., be vacated. The defendant will be entering a change of plea on July 26, 2005, at 8:30 a.m.

///

///

///

1  It is so stipulated.

2

3  Dated: July 20, 2005                              /s/
                                                    RUBEN T. MUÑOZ
4
                                                    Attorney for Defendant
5
   It is so stipulated.
6

7  Dated: July 20, 2005                             /s/
                                                    PHILIP A. FERRARI
8                                                   Assistant U.S. Attorney

9

10

11

12 It is so ORDERED:
   Dated: July 29, 2005
13

14                                                  _____
                                                    MORRISON C. ENGLAND, JR
15                                                  UNITED STATES DISTRICT JUDGE